O. N. Piper, defendant in error, v. Amanda McDaniels and Lillie House, plaintiffs in error. Gen. No. 8,548.

Opinion filed February 1, 1932.
Lester Holman, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

Anna Marie Paul, by Charlie Paul, her father and next friend, defendant in error, v. Leslie Martin, plaintiff in error. Gen. No. 8,552.

Opinion filed February 1, 1932.
Barnabas F. Sears, for plaintiff in error; Earl S. Hodges, of counsel. Oscar J. Putting and H. C. Moore, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

James Robert Cotton, by Alva Cotton, his next friend, appellee, v. Esther Balsley, appellant. Gen. No. 8,555.

Opinion filed February 1, 1932.
Rearick & Meeks, for appellant; L. A. Lowenstein, of counsel. J. R. Dean, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

FOURTH DISTRICT.

T. G. Stafford, defendant in error, v. H. E. Kimmel, plaintiff in error.

Opinion filed February 1, 1932.
H. E. Kimmel, for plaintiff in error. D. F. Moore, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.